**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.  DLB-22-1063 |
| | : |
| **RIVERSTONE HOSPITALITY** | : |
| **INCORPORATED, et al.** | : |
| | : |
| Defendants | : |

## **ORDER**

Upon consideration of the complaint filed herein by plaintiff Choice Hotels International, Inc. ("Choice") for entry of judgment by confession, it appearing from the papers filed in this case that there was a voluntary, knowing and intelligent waiver by Defendants Riverstone Hospitality Incorporated, Lakeview Hotel, LLC, Radheshyam I. Thakkar, Dhaval S. Patel and Pratixaben J. Patel of the right to notice and a pre-judgment hearing on the merits of the claim, and it appearing further that there exists a meritorious claim on the part of Choice against Defendants for amounts due under the Promissory Note, a copy of which is attached to the complaint in this action, it is this __6th__ day of _____May_____ 2022

ORDERED that judgment be, and the same hereby is, entered in favor of Choice Hotels International, Inc. and against Defendants Riverstone Hospitality Incorporated, Lakeview Hotel, LLC, Radheshyam I. Thakkar, Dhaval S. Patel and Pratixaben J. Patel in the amount of One Hundred Ninety-Nine Thousand Five Hundred Thirty Dollars and 55/100 ($199,530.55), comprised of outstanding principal in the amount of $151,670.18, and interest accrued through April 30, 2022, in the amount of $47,860.37, plus continuing interest at the rate of 10% per annum from May 1, 2022 until all amounts are paid, and $400 in court costs.

_____
Timothy J. Sullivan
United States Magistrate Judge


Copies to:

Kristen K. Bugel, Esq.
Choice Hotels International, Inc.
1 Choice Hotels Circle, Suite 400
Rockville, MD 20850

Riverstone Hospitality Incorporated
c/o Radheshyam I. Thakkar, Reg. Agent
2419 Comstock Ct.
Naperville, IL 60564

Lakeview Hotel, LLC
c/o Radheshyam I. Thakkar, Reg. Agent
2419 Comstock Ct.
Naperville, IL 60564

Radheshyam I. Thakkar
2419 Comstock Ct.
Naperville, IL 60564

Dhaval S. Patel
208 Redwood Ave.
Elk Grove Village, IL 60007

Pratixaben J. Patel
554 Windborough
Brownsburg, IN 56112