## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.       *

               *

    **Plaintiff(s)**

               *    **Civil Case No.:** 22-CV-1063-DLB

    **vs.**

               *

RADHESHYAM I. THAKKAR

               *

    **Defendant(s)**

           *******

## NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION

**To The Above named Defendant:**

   You are hereby notified that a Judgment by Confession has been entered against you in this Court.  You have _____30_____days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment.  If you file such a motion, it must be filed in the **Office of the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD  20770.**  You are also required to serve a copy of such motion upon the attorney for plaintiff(s) as listed below:

     Kristen K. Bugel, Esq.
     Choice Hotels International, Inc.
     1 Choice Hotels Circle, Suite 400
     Rockville, MD 20850

              **CATHERINE STAVLAS, CLERK**

   5/6/2022
_____  **By:** _____
**Date**               **Deputy Clerk**