**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 8:22-cv-01063-DLB |
| | : |
| **RIVERSTONE HOSPITALITY** | |
| **INCORPORATED, et al.** | : |
| | : |
| Defendants. | |

## ORDER

Upon consideration of Plaintiff's Stipulation to Vacate Confessed Judgment and Dismiss

Matter with Prejudice as to Defendant Dhaval S. Patel and Pratixaben Patel, it is on this

__13th__ day of _____June_____, 2022, hereby:

ORDERED that Judgment by Confession, entered by this Court on May 6, 2022 at docket

entry number 4, be and the same hereby is VACATED as to Defendants Dhaval S. Patel and

Pratixaben Patel only, and it is further

ORDERED that this matter be and the same hereby is DISMISSED WITH PREJUDICE

as Defendants Dhaval S. Patel and Pratixaben Patel only.

_____

Timothy J. Sullivan
United States Magistrate Judge